GREGORY P. O'HARA (CA SBN 131963)
gohara@nixonpeabody.com
LAUREN M. MICHALS (CA SBN 184473)
lmichals@nixonpeabody.com
ROVEE V. PRUNA (CA SBN 295708)
rpruna@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, California 94111
Tel: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant and Cross-Complainant
GOODWILL OF SILICON VALLEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KEVIN LANFRI dba REX CLEANERS, <br><br> Plaintiff, <br><br> v. <br><br> GOODWILL OF SILICON VALLEY, a California corporation; ALICIA C. DUSSEAULT (née FORBRICH) and NATASHA M. FORBRICH-GUZZO, co-trustees, THE FALKO FORBRICH FAMILY TRUST; NATASHA MARIE GUZZO, an individual; NATASHA MARIE GUZZO, trustee of the NM & JPG TRUST; FALKO PROPERTIES, LLC, a California limited liability company; FORBRICH PROPERTIES, LLC, a California limited liability company; ESTATE OF FALKO NORFRIED FORBRICH, DECEASED; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 5:24cv4454 <br><br> *(Assigned to the Hon. Noël Wise)* <br><br> ~~[PROPOSED]~~ **ORDER GRANTING THE STIPULATION TO MODIFY SCHEDULING ORDER DEADLINES** |

The Court, having reviewed the foregoing Stipulation of the Parties, and good cause appearing therefore, hereby ORDERS as follows:

1. The depositions of the Falko Properties, LLC and Forbrich Properties, LLC PMQ witness or witnesses shall occur on a mutually agreeable date or dates between August 10, 2026, and August 28, 2026, *except* August 20, 21, or 24.

2. Any party that wishes to modify or supplement its expert reports based upon information discovered during the PMQ depositions referenced in Paragraph 1 above may do so on or before August 31, 2026.

3. The close of expert discovery, including expert depositions, shall be extended to September 15, 2026.

4. Except as expressly modified herein, all other dates and deadlines in the Court's scheduling order shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: ___May 29___, 2026      _____
The Honorable Noël Wise
United States District Judge

[PROPOSED] ORDER