UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LANFRI dba REX CLEANERS,

Plaintiff,

v.

GOODWILL OF SILICON VALLEY, et al.,

Defendants.

Case No.  5:24-cv-04454-NW (SVK)

**ORDER RE PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER**

Re:  Dkt. No. 70.

Before the Court is the Plaintiff Rex Cleaners' ("Rex") Motion for a Protective Order regarding a request from Defendant Goodwill of Silicon Valley ("Goodwill") to inspect the property located at 60 Race Street, San Jose, CA 95126 ("Rex Property").  Dkt. 70.  Defendant opposes the motion.  Dkt. 74.  The matter came on for hearing on June 11, 2026.  Having considered the Parties' submissions and oral arguments and the relevant law, the Court issued its ruling on the record.  For the convenience of the Court and the Parties, the Court summarizes its Order herein.[1]

As an initial matter, Rule 34 reflects a liberal policy favoring inspections of land relevant to the claims at issue, with protective orders reserved for circumstances in which the inspection would impose an undue burden, expense, or other cognizable prejudice.  *See* Fed. R. Civ. P. 26(c), 34(a)(2).  Given that Goodwill's updated "Scope of Work" involves only limited drilling compared to the extensive sampling already conducted by Rex's consultant, Genesis Engineering & Redevelopment, Inc. ("Genesis"), concerns regarding undue burden are misplaced.  *See* Dkt. 74, Ex. B.  Rex makes no argument regarding expense or prejudice.

////

---

[1] In the event the Court's ruling on the record differs from this Order, this Order controls.

United States District Court
Northern District of California

**IT IS THEREFORE ORDERED** that:

1.  Plaintiff's motion for a protective order is **DENIED**.

2.  With regard to the requested inspection, the Court adopts Goodwill's proposed "Scope of Work" and inspection protocol.  *See* Dkt. 74 § V; Ex. B.  All inspection activities shall be conducted on Wednesdays or Thursdays and completed in their entirety **no later than July 10, 2026**:

    - Goodwill shall provide a map of proposed sampling locations at least five business days in advance of the inspection.

    - All temporary soil probes shall equilibrate for 48 hours before sampling, consistent with RWQCB and DTSC guidelines.

    - All sampling shall be conducted by a California-licensed Professional Geologist or Professional Engineer.

    - All sampling shall follow RWQCB, DTSC, and EPA guidelines using methods consistent with prior sampling on the Rex Property by Genesis.

    - Rex may observe all activities and collect split samples.

    - Goodwill shall produce all results to Rex within 30 days.

    - All borings shall be decommissioned and locations restored.

    - Goodwill shall coordinate timing to minimize business disruption for Rex.

3.  For the foregoing **inspection only**, the discovery deadline is **extended to July 10, 2026.**

////////

////

////

////

////

////

/////

/////

2

The Parties are cautioned that any future discovery disputes must comply with the undersigned's Standing Order.

**SO ORDERED.**

Dated:  June 11, 2026

SUSAN VAN KEULEN
United States Magistrate Judge