UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LANFRI,

        Plaintiff,

    v.

GOODWILL OF SILICON VALLEY, et al.,

        Defendants.

Case No. 24-cv-04454-NW   (SVK)

**ORDER FOR ADDITIONAL INFORMATION IN RE DISCOVERY DISPUTE**

Re: Dkt. No. 80

Before the Court is the Parties' discovery dispute regarding the deposition of third-party Genesis Engineering & Redevelopment, Inc. Dkt. 80. Plaintiff asserts that Genesis is a non-testifying expert retained in anticipation of litigation and therefore protected under Federal Rule of Civl Procedure 26(b)(4)(D). The Court needs additional information to evaluate this claim. Accordingly, **no later than June 24, 2026**, Plaintiff are to provide the following:

1. Plaintiff is to file a declaration signed under penalty of perjury setting forth the dates of Genesis's retention by Plaintiff and describing the relevant anticipated litigation and the time frame of anticipating such litigation and the date of commencement of litigation, if any. Such declaration may be filed under seal.

2. Plaintiff is also to file a copy of the Technical Memorandum dated November 14, 2022 referenced in the joint statement. The filing may also be under seal.

    **SO ORDERED.**

Dated: June 18, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California