GREGORY P. O'HARA (CA SBN 131963)
gohara@nixonpeabody.com
LAUREN M. MICHALS (CA SBN 184473)
lmichals@nixonpeabody.com
ROVEE V. PRUNA (CA SBN 295708)
rpruna@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, California 94111
Tel: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant and Cross-Complainant
GOODWILL OF SILICON VALLEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KEVIN LANFRI dba REX CLEANERS,<br><br>Plaintiff,<br><br>v.<br><br>GOODWILL OF SILICON VALLEY, a California corporation; ALICIA C. DUSSEAULT (née FORBRICH) and NATASHA M. FORBRICH-GUZZO, co-trustees, THE FALKO FORBRICH FAMILY TRUST; NATASHA MARIE GUZZO, an individual; NATASHA MARIE GUZZO, trustee of the NM & JPG TRUST; FALKO PROPERTIES, LLC, a California limited liability company; FORBRICH PROPERTIES, LLC, a California limited liability company; ESTATE OF FALKO NORFRIED FORBRICH, DECEASED; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:24cv4454<br><br>*(Assigned to the Hon. Noël Wise)*<br><br>[~~PROPOSED~~] **ORDER GRANTING THE STIPULATION TO CONTINUE THE JUNE 25, 2026 DISCOVERY HEARING** ~~TO JULY 16, 2026~~ **AS MODIFIED HEREIN**<br><br>Complaint Filed:  July 23, 2024<br>Pretrial Conference:  January 13, 2027<br>Trial:  January 25, 2027 |

The Court, having reviewed the foregoing Stipulation of the Parties, and good cause appearing therefore, hereby ORDERS as follows:

1.     The Discovery Hearing scheduled for June 25, 2026 regarding the deposition of Genesis Engineering & Redevelopment shall be continued to one of the following dates:  7/21/26; 7/22/26. Parties are to meet and confer and select a date by July 1, 2026. Hearing will be at 10 a.m. by video.

2.     Except as expressly modified herein, all other dates and deadlines in the scheduling order shall remain in full force and effect.

**IT IS SO ORDERED**

Dated: June 24, 2026

_____

The Honorable Susan Van Keulen
United States Magistrate Judge

[PROPOSED] ORDER