HAMRICK & EVANS, LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

KEVIN LANFRI dba REX CLEANERS,

Plaintiff,

v.

GOODWILL OF SILICON VALLEY, a California corporation; ALICIA C. DUSSEAULT (née FORBRICH) and NATASHA M. FORBRICH-GUZZO, co-trustees, THE FALKO FORBRICH FAMILY TRUST; NATASHA MARIE GUZZO, an individual; NATASHA MARIE GUZZO, trustee of the NM & JPG TRUST; FALKO PROPERTIES, LLC, a California limited liability company; FORBRICH PROPERTIES, LLC, a California limited liability company; ESTATE OF FALKO NORFRIED FORBRICH, DECEASED; and ROES 1 through 10, inclusive,

Defendants.

_____

**AND RELATED CROSS-CLAIMS**

Case No.: 5:24-CV-04454-NW

(*Case assigned to Hon. Noel Wise and to Hon. Susan Van Kuelen* )

**[PROPOSED] ORDER ON STIPULATION TO TAKE THE DISCOVERY DISPUTE REGARDING THE DEPOSITION OF GENESIS ENGINEERING & REDEVELOPMENT, INC. – DKT. 80 – OFF CALENDAR**

Complaint filed:     July 23, 2024
Trial Date:          January 25, 2027

-1-

Having Reviewed Rex Cleaners and Goodwill's Stipulation Taking the Discovery Dispute Regarding the Deposition of Genesis Engineering & Redevelopment, Inc. – Dkt. 80 – off calendar.

IT IS HEREBY ORDERED that:

The Discovery Dispute Regarding the Deposition of Genesis Engineering & Redevelopment, Inc. – Dkt. 80 – is off calendar.

SO ORDERED.

Dated: ___July 1, 2026_____    _____

The Honorable Susan Van Keulen
United States District Court Magistrate Judge

HAMRICK & EVANS, LLP

-2-
[PROPOSED] ORDER